HUNTON ANDREWS KURTH LLP
ANN MARIE MORTIMER (State Bar No. 169077)
JASON J. KIM (State Bar No. 221476)
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: 213 • 532 • 2000
Facsimile: 213 • 532 • 2020

HUNTON ANDREWS KURTH LLP
MICHAEL MORFEY (State Bar No. TX-24007704)
ASHLEY LEWIS (State Bar No. TX-24079415)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: 713 • 220 • 4163
Facsimile: 713 • 220 • 4285

Attorneys for Defendants,
KATY WP GROUP, LLC; TERRY HLAVINKA;
KEITH DALTON; RAY DELAUGHTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| WILD RIVERS WATER PARK MANAGEMENT LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KATY WP GROUP, LLC, a Texas limited liability company, et al.,<br><br>Defendant. | CASE NO. 2:18-CV-06522-SJO (PLAx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>JUDGE: S. JAMES OTERO |

HW_US:73427701.2

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: April 8, 2019

*Paul L. Abrams*
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE